IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARRIANTE SUMBRY,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 05-00220-CG-L |
| **CECIL DAVIS,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice for lack of subject matter jurisdiction.

**DONE and ORDERED** this 7th day of June, 2005.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**